■ MARIA V. MALTESE, Appellant, v CIVIL SERVICE EMPLOYEES ASSOCIATION, INC., et al., Respondents. (Appeal No. 2.)—Order unanimously affirmed, without costs, on the memorandum decision at Special Term, Boomer, J. (Appeal from order of Monroe Supreme Court—dismiss complaint.) Present—Marsh, P. J., Cardamone, Dillon, Hancock, Jr., and Witmer, JJ.